IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
BRYANT RENE NARCISSE,          )
                               )
          Petitioner,          )
                               )      1:16-cr-209-1
     v.                        )      1:23-cv-251
                               )
UNITED STATES OF AMERICA,      )
                               )
          Respondent.          )
```

### ORDER

This matter is before the court for review of the Order and Recommendation ("Recommendation") filed on May 7, 2025, by the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b). (Doc. 177.) The Magistrate Judge recommends that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence, (Doc. 157), be denied and that judgment be entered dismissing this action. The Recommendation was served on the parties in this action on May 7, 2025. (Doc. 158.) Petitioner timely filed objections to the Recommendation. (Doc. 179.) In addition, Petitioner filed a Motion for Supplemental Authority under Federal Rule of Civil Procedure 15(d), (Doc. 180).

This court is required to "make a de novo determination of those portions of the [Magistrate Judge's] report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). This court "may accept, reject, or

modify, in whole or in part, the findings or recommendations made by the [M]agistrate [J]udge. . . . [O]r recommit the matter to the [M]agistrate [J]udge with instructions." Id.

This court has appropriately reviewed the portions of the Recommendation to which the objections were made and has made a de novo determination which is in accord with the Magistrate Judge's Recommendation. Petitioner's objections warrant no relief. This court therefore adopts the Recommendation. In light of the dismissal of this action, Petitioner's motion for supplemental authority will be denied as moot.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 177), is **ADOPTED. IT IS FURTHER ORDERED** that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence as supplemented, (Doc. 157), is **DENIED,** and this action is **DISMISSED.**

**IT IS FURTHER ORDERED** that Petitioner's Motion for Supplemental Authority under Federal Rules of Civil Procedure 15(d), (Doc. 180), is **DENIED AS MOOT.**

The court further finds there is no substantial showing of the denial of a constitutional right affecting the conviction nor a debatable procedural ruling, therefore a certificate of appealability is not issued.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 26th day of September, 2025.

_____
United States District Judge